UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 1:05CR70 JCH |
| ) | |
| SCOTT A. WEAKLEY, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court on Defendant's pre-trial Motion to Suppress Evidence and Statements. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge David D. Noce, who filed a Report and Recommendation on September 23, 2005. (Doc. No. 31). In his Report and Recommendation, Judge Noce recommends that Defendant's motion be denied. (Id.). In his Objection to the Report and Recommendation, Defendant requests that this Court conduct a de novo review of his Motion to Suppress Evidence and Statements. (Doc. No. 34). The Court hereby grants Defendant's request. After de novo review of the entire record in this matter, however, the Court adopts the Magistrate Judge's earlier recommendation that Defendant's motion be denied.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [Doc. No. 31] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence and Statements [Doc. No. 24] is **DENIED**.

Dated this 4th day of November, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com